```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    CHRISTOPHER BRUNWIN (Cal. State Bar No. 158939)
 4  ARIEL A. NEUMAN (Cal. State Bar No. 241594)
    Assistant United States Attorneys
 5  Violent & Organized Crimes Section
         1500 United States Courthouse
 6       312 North Spring Street
         Los Angeles, California 90012
 7       Telephone: (213) 894-4242/2917

 8  Attorneys for Plaintiff
    United States of America
 9
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. CR 08-688-AHM |
|---|---|
| Plaintiff, | ) ORDER RE: DISMISSAL OF |
| v. | ) INDICTMENT AS TO DEFENDANT ) CESAR LAGUNAS |
| FRANCISCO REAL, ET AL., | ) |
| Defendants. | ) |

Having considered the government's motion, IT IS HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment in the above-captioned case is

//
//
//
//
//
//
//

DISMISSED WITHOUT PREJUDICE as to defendant Cesar Lagunas, also known as "Hans."

    IT IS SO ORDERED.

Dated: July 11, 2008

**Make JS-3**
cc: **USMO, PSA**

THE HONORABLE A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

2